IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTINA PITTS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. 5:21-cv-00171 |
| | § | |
| CAMINO REAL COMMUNITY MHMR | § | |
| CENTER, | § | |
| | § | |
| Defendant. | | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Christina Pitts and Defendant Camino Real Community MHMR Center advise the Court that they have reached a settlement of the claims asserted in this case and the Plaintiff no longer desires to pursue any claims asserted herein against Defendant. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties jointly stipulate to the dismissal of this case with prejudice and that the Parties will bear their own costs and attorney fees.

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served electronically on counsel of record on this 13th day of August, 2021, as follows:

Ms. Lea A. Ream
Mr. Justin J. Nail
Davidson Troilo Ream & Garza
601 NW Loop 410, Ste. 100
San Antonio, Texas 78216
**via Electronic Filing System**

*/s/ Michael V. Galo, Jr.*
Michael V. Galo, Jr

Respectfully submitted,


/s/ MICHAEL V. GALO, JR.
Michael V. Galo, Jr.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone: 210.616.9800
Facsimile: 210.616.9898
mgalo@galolaw.com
ATTORNEY FOR PLAINTIFF
CHRISTINA PITTS




/s/ Lea A. Ream  w/ Permission
Lea A. Ream
State Bar No. 16636750
Justin J. Nail
State Bar No. 24102265
Davidson Troilo Ream & Garza, PC
601 NW Loop 410, Ste. 100
San Antonio, Texas 78216
T: 210-349-6484
F: 210-349-0041
ATTORNEYS FOR DEFENDANTS

2